1   McGREGOR W. SCOTT
United States Attorney
2   STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
3   United States Courthouse
2500 Tulare Street, Suite 4401
4   Fresno, California 93721
Telephone: (559) 497-4000

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )   1:06-CV-00797-AWI-DLB
                                         )
12              Plaintiff,               )
                                         )   **APPLICATION AND ORDER FOR**
13        v.                             )   **PUBLICATION**
                                         )
14   APPROXIMATELY  $24,400.00  IN  U.S. )
     CURRENCY,                           )
15                                       )
                Defendant.               )
16   _____)

17        The United States of America, Plaintiff herein, applies for an Order of Publication as follows:

18        1.      Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims

19   provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper

20   of general circulation in the district, designated by order of the Court;

21        2.      Local Rule 83-171, Eastern District of California, provides that the Court shall

22   designate by order the appropriate newspaper for publication;

23        3.      The defendant asset was seized in Fresno County, Fresno, California;

24        4.      Plaintiff proposes that publication be made as follows:

25              a.      Four publications;

26              b.      In the following newspaper, a legal newspaper of general circulation, located

27   in the county in which the defendant asset was seized: Fresno Business Journal;

28              c.      The publication to include the following:

1          (1)     The Court, title and number of the action;

2          (2)     The date of the arrest/seizure;

3          (3)     The identity and/or description of the asset arrested/seized;

4          (4)     The name, address, and telephone number of the attorney for the

5     Plaintiff;

6          (5)     A statement that claims of persons entitled to possession or claiming

7     an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with

8     the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

9          (6)     A statement that answers to the Complaint must be filed and served

10    within 20 days after the filing of the claims and, in the absence thereof, default may be entered and

11    condemnation ordered;

12         (7)     A statement that applications for intervention under Federal Rules of

13    Civil Procedure, Rule 24 by persons claiming maritime liens or other interests shall be filed within

14    the 30 days allowed for claims for possession; and

15         (8)     The name, address, and telephone number of the U.S. Marshal and/or

16    Department of Treasury.

17    Dated: June 22, 2006                    McGREGOR W. SCOTT
                                             United States Attorney
18

19
                                              /s/ Stephanie Hamilton Borchers
20                                           STEPHANIE HAMILTON BORCHERS
                                             Assistant United States Attorney
21

22
                                        **ORDER**
23

      IT IS SO ORDERED.
24
      **Dated:   June 23, 2006**            _____ **/s/ Dennis L. Beck** _____
25    3b142a                                UNITED STATES MAGISTRATE JUDGE

26

27

28