McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CV-00797-AWI-DLB |
| Plaintiff, | |
| v. | **ORDER VACATING SCHEDULING DATES** |
| APPROXIMATELY $24,400.00 IN U.S. CURRENCY, | |
| Defendants. | |

For good cause shown and consistent with this Court's September 21, 2007 Minute Order (Docket No. 21), the dates set forth in the November 21, 2006 Scheduling Order for the above referenced case are vacated. A Settlement and/or Scheduling Conference is set for April 1, 2008 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck and remains on calendar.

IT IS SO ORDERED.

Dated:   **February 22, 2008**          /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE